```
1   E. MARTIN ESTRADA
    United States Attorney
2   DAVID M. HARRIS
3   Assistant United States Attorney
    Chief, Civil Division
4   CEDINA M. KIM
5   Assistant United States Attorney
    Senior Trial Attorney, Civil Division
6   MARLA K. LETELLIER (CSBN 234969)
7   Special Assistant United States Attorney
    Office of Program Litigation, Office 7
8   Office of the General Counsel
9   Social Security Administration
    6401 Security Boulevard
10  Baltimore, MD 21235
11  Telephone: (415) 977-8928
    Marla.Letellier@ssa.gov
12
13  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| JONELL MARCELLA MAYBERRY, | Case No. 5:24-cv-00951-SSC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

[~~Proposed~~] Judgment Re. Vol. Remand       Page 1

1  COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

3  DATED: November 6, 2024



_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE