UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JONELL MARCELLA MAYBERRY,    )<br>    Plaintiff,    )<br>    )<br>  v.    )<br>    )<br>MARTIN O'MALLEY,    )<br>Commissioner of Social Security,    )<br>    )<br>    Defendant.    )<br>_____) | No: 5:24-cv-00951-SSC<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED THAT EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED DOLLARS ($5,100), subject to the terms of the stipulation.

    DATE:  November 26, 2024

_____
HON. STEPHANIE S. CHRISTENSON
UNITED STATES MAGISTRATE JUDGE

-1-